■ CHRISTIAN ROBINSON, Respondent, v HARVEY SLOANE, Appellant, et al., Defendants. — Appeal from an order of the Supreme Court, Queens County (Graci, J.), dated August 18, 1980, dismissed as academic. That order was superseded by a further order of the same court, dated January 7, 1981, granting reargument. Order dated January 7, 1981 affirmed for the reasons stated in the December 1, 1980 decision of Mr. Justice Graci at Special Term. Plaintiff is awarded one bill of $50 costs and disbursements. Mollen, P. J., Cohalan, O'Connor and Bracken, JJ., concur.

■ ROYAL GUARD FENCE CO., INC., Appellant, v D & D CONSTRUCTION Co. et al., Respondents. — In an action, inter alia, to foreclose a mechanic's lien, plaintiff appeals from so much of an order of the Supreme Court, Queens County (Calabretta, J.), dated September 3, 1980, as denied its motion for summary judgment on the first two causes of action. Order affirmed insofar as appealed from, with one bill of $50 costs and disbursements payable to defendants D & D Construction Co. and Peerless Insurance Company. Triable issues of fact exist which preclude summary disposition (see Glick & Dolleck v Tri-Pac Export Corp., 22 NY2d 439). Hopkins, J. P., Mangano, Margett and Thompson, JJ., concur.